| ORG | Employee Name | Position Name | Emp Category Appl | Hours | Hourly Rate | Annual Salary | Min | Mid | Max | Seniority Date | Total Length Of Service | Supervisor Name | Age | Sex | Ethnic Group Elt | Review | Performance Rating | Address Line1 | Address Line2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UHMSO Business Management-10305 | Beltcher, Wanda | Administrative Assistant | Regular Full Time 35+ | 40 | | | | | | 17-Oct-2011 | 3 Years 1 Months | Tuma, Deborah | 43 Years 2 Months | F | Black or African American (Not Hispanic or Latino) | 20-APR-14 Annual | E3 - Consistently Meets Expectations | 2521 Greenvale Road | |
| UHMSO Business Management-10305 | Gozner, Sheree | Administrative Assistant | Regular Full Time 35+ | 40 | | | | | | 21-Oct-2013 | 1 Years 1 Months | Tuma, Deborah | 59 Years 3 Months | F | White (Not Hispanic or Latino) | | | 7305 Welland Drive | UH-MILL-H 10058 |
| UHMSO Business Management-10305 | Harris, JoAnn | Manager, Business Logistics | Regular Full Time 35+ | 40 | | | | | | 01-Jan-1990 | 17 Years 10 Months | Tuma, Deborah | 49 Years 1 Months | F | White (Not Hispanic or Latino) | 20-APR-14 Annual | E4 - Consistently Exceeds Expectations | 13719 Cartwright Pkwy | |
| UHMSO Business Management-10305 | Alberino, Lori S | Coordinator, Business Logistics | Regular Full Time 35+ | 40 | | | | | | 02-Jan-2008 | 6 Years 11 Months | Harris, JoAnn | 52 Years 5 Months | F | White (Not Hispanic or Latino) | 20-APR-14 Annual | E4 - Consistently Exceeds Expectations | 5280 West 147th Street | |
| UHMSO Business Management-10305 | Colosimo, Donna Marie | Coordinator, Business Logistics | Regular Full Time 35+ | 40 | | | | | | 26-Mar-2007 | 7 Years 8 Months | Harris, JoAnn | 61 Years 7 Months | F | White (Not Hispanic or Latino) | 20-APR-14 Annual | E4 - Consistently Exceeds Expectations | 573 Scenic Lane | |
| UHMSO Business Management-10305 | Floran, Amy K | Coordinator, Business Logistics | Regular Full Time 35+ | 40 | | | | | | 30-Jun-2014 | 0 Years 5 Months | Harris, JoAnn | 37 Years 7 Months | F | White (Not Hispanic or Latino) | | | 43 Outlook Drive | |
| UHMSO Business Management-10305 | Gurkovich, Megan A. | Coordinator, Business Logistics | PRN | 0 | | | | | | 31-Oct-2005 | 7 Years 11 Months | Harris, JoAnn | 33 Years 3 Months | F | White (Not Hispanic or Latino) | 20-APR-14 Annual | E4 - Consistently Exceeds Expectations | 6481 Alexandria Drive | |
| UHMSO Business Management-10305 | Tipple, Teresa A | Coordinator, Business Logistics | Regular Full Time 35+ | 40 | | | | | | 16-May-2006 | 13 Years 10 Months | Harris, JoAnn | 59 Years 4 Months | F | Hispanic or Latino | 20-APR-14 Annual | E3 - Consistently Meets Expectations | 1424 Golden Gate Blvd | Apt #K-3 |
| UHMSO Business Management-10305 | Price, Kali | Operational Activities Coordinator | Regular Full Time 35+ | 40 | | | | | | 19-May-2014 | 0 Years 6 Months | Tuma, Deborah | 28 Years 5 Months | F | Two or More Races (Not Hispanic or Latino) | | | 2277 South Overlook Road | |
| UHMSO Business Management-10305 | Tuma, Deborah | Director, Site Planning and Support | Regular Full Time 35+ | 40 | | | | | | 13-Nov-1978 | 36 Years 0 Months | Hall, Phyllis | 56 Years 6 Months | F | White (Not Hispanic or Latino) | 20-APR-14 Annual | E4 - Consistently Exceeds Expectations | 36625 Aurora Road | |
| UHMSO Timeshare-82030 | Billingslea, Bridgette Ann | Patient Access Supervisor | Regular Full Time 35+ | 40 | | | | | | 29-Sep-2008 | 6 Years 2 Months | Tuma, Deborah | 45 Years 10 Months | F | Black or African American (Not Hispanic or Latino) | 20-APR-14 Annual | E4 - Consistently Exceeds Expectations | 3057 East Derbyshire Road | |
| UHMSO Timeshare-82030 | Anderson, Danieal L | Patient Care Coordinator I | Regular Full Time 35+ | 40 | | | | | | 04-Feb-2013 | 1 Years 10 Months | Billingslea, Bridgette Ann | 27 Years 2 Months | F | White (Not Hispanic or Latino) | 20-APR-14 Annual | E3 - Consistently Meets Expectations | 3240 west 125th street | |
| UHMSO Timeshare-82030 | Brown, Mildred E | Patient Access Representative II | Regular Full Time 35+ | 40 | | | | | | 17-Jul-2000 | 11 Years 11 Months | Billingslea, Bridgette Ann | 68 Years 0 Months | F | Black or African American (Not Hispanic or Latino) | 20-APR-14 Annual | E3 - Consistently Meets Expectations | 4840 East 135th Street | |
| UHMSO Timeshare-82030 | Cranford, DNika | Patient Care Coordinator I | Regular Full Time 35+ | 40 | | | | | | 11-Nov-2013 | 14 Years 8 Months | Billingslea, Bridgette Ann | 39 Years 6 Months | F | Black or African American (Not Hispanic or Latino) | 22-APR-12 Annual | E2 - Frequently Meets Expectations | 15401 Throckey Avenue | |
| UHMSO Timeshare-82030 | Dix, Aska | Patient Care Coordinator I | Regular Full Time 35+ | 40 | | | | | | 16-Nov-2014 | 2 Years 1 Months | Billingslea, Bridgette Ann | 30 Years 11 Months | F | White (Not Hispanic or Latino) | 20-APR-14 Annual | E3 - Consistently Meets Expectations | 872 Peach Blvd. | |
| UHMSO Timeshare-82030 | Givens, Shatwan D | Patient Care Coordinator I | Regular Full Time 35+ | 40 | | | | | | 16-Jun-2014 | 0 Years 5 Months | Billingslea, Bridgette Ann | 39 Years 9 Months | F | Black or African American (Not Hispanic or Latino) | | | 19831 Lochele Ave | |
| UHMSO Timeshare-82030 | Kazymyrw, Aleksa N | Patient Care Coordinator I | Regular Full Time 35+ | 40 | | | | | | 14-Oct-2013 | 1 Years 1 Months | Billingslea, Bridgette Ann | 26 Years 0 Months | F | White (Not Hispanic or Latino) | | | 21044 Southbend Circle #4 | |
| UHMSO Timeshare-82030 | Loyer, Michelle B | Sr Patient Access Representative | Regular Full Time 35+ | 40 | | | | | | 29-Mar-2010 | 4 Years 8 Months | Billingslea, Bridgette Ann | 25 Years 4 Months | F | White (Not Hispanic or Latino) | 20-APR-14 Annual | E3 - Consistently Meets Expectations | 7649 Creekwood Drive | Unit 19D |
| UHMSO Timeshare-82030 | Matthews, Sha-Mira | Patient Care Coordinator I | Regular Full Time 35+ | 40 | | | | | | 29-Sep-2014 | 0 Years 2 Months | Billingslea, Bridgette Ann | 31 Years 1 Months | F | Black or African American (Not Hispanic or Latino) | | | 1413 Hunters Lake Dr E | |
| UHMSO Timeshare-82030 | Powers, Sherese M | Patient Care Coordinator I | Regular Full Time 35+ | 40 | | | | | | 30-Dec-2013 | 1 Years 10 Months | Billingslea, Bridgette Ann | 34 Years 11 Months | F | White (Not Hispanic or Latino) | | | 1774 Westwood Dr | |
| UHMSO Timeshare-82030 | Salem, Maysaa | Patient Access Representative II | Regular Full Time 35+ | 40 | | | | | | 17-Jul-2006 | 7 Years 11 Months | Billingslea, Bridgette Ann | 49 Years 4 Months | F | White (Not Hispanic or Latino) | 20-APR-14 Annual | E3 - Consistently Meets Expectations | 3179 Clark Parkway | |
| UHS System Facilities-16001 | Gosky, Glenn | Director Facilities Management | Regular Full Time 35+ | 40 | | | | | | 12-Apr-1999 | 15 Years 7 Months | Braun, Raymond T | 60 Years 10 Months | M | White (Not Hispanic or Latino) | 20-APR-14 Annual | E4 - Consistently Exceeds Expectations | 10745 Dawson Drive | |

**EXHIBIT 6**