Back to previous page



document 1 of 1

# University Hospitals celebrates longtime leadership of Edgar B. Jackson

Wade, James W. **Call & Post, All-Ohio edition; Cleveland, Ohio** [Cleveland, Ohio] 06 Jan 2010: B.1.

## Abstract

In addition to his distinguished medical career at UH, he has truly transformed our academic medical center and our health system overall. In the early 1970s, he served as Chairman of the Sickle Cell Medical Advisory Committee of the Cleveland Academy of Medicine, the Cleveland Medical Association and the American Sickle Cell Anemia Association, Inc. Dr. Jackson also served as Assistant to the Dean of CWRU School of Medicine in 1970 and was its first Assistant Dean of Minority Affairs, In his first leadership role, Dr. Jackson served as chief of medicine residents at MetroHealth Medical Center from 1969 to 1970.

## Full Text

**Headnote**
One last hurra!

Dr. Edgar B. Jackson has retired from University Hospitals (UH). Jackson was Chief of Staff Emeritus and Senior Advisor to the CEO of UH and the Presidents of UH and University Hospitals Case Medical Center (UHCMC). Jackson also champion's diversity efforts at University Hospitals and has served as clinical professor of Medicine at case Western Reserve University since 1986.

UH held a special celebration for Jackson in December at the Iris S. and Bert L. Wolstein Research Building. Invited guests include Cleveland Mayor Frank Jackson and Congresswoman Marcia Fudge. Many other honored guests were Patty. W. Quinonez, President of LATINA (Leading and Advocating Together in New Arenas) and Lorraine Vega Senior Vice President, Corporate Diversity, KeyCorp. The Rev. A. Charles Bowie and Rev. Dr. Otis and Edwina Moss.

The program open with UH CEO Thomas F. Zenty III talking about the many accomplishment's Jackson had made possible for the hospital. "As a clinician and a member of the system's ssenior leadership, Dr. Jackson has worked passionately to identify and eliminate health care disparities among minority populations," said Mr. Zenty. "His remarkable efforts to foster an inclusive work environment have been integral to transforming the culture at University Hospitals. His energy, experience and determination will be missed."

(B-1)

President, University Hospitals case Medical Center Dr. Fred C. Rothstein talked about Jackson's endless contributions to UH. "It is a challenge to begin to express Dr. Jackson's endless contributions to University Hospitals," said Dr. Rothstein. "In addition to his distinguished medical career at UH, he has truly transformed our academic medical center and our health system overall. He has paved the way for UH to become a model environment for cultural inclusion here in Northeast Ohio and beyond.

Margot J. Copeland, a member of the Board of Director's and chair of the Cultural Diversity committee for UH spoke about Dr. Jackson as her doctor and how many times she called for him to still be her doctor after his first retirement. Copeland expressed her devotion and deep friendship with Jackson.

After the presentation of a President Barrack Obama painting to Dr. Jackson from UH, a video with many key people from his life and hospital pay tributes to him. Jackson's remarks included him talking about him graduating with honors in 1966 from the CWRU School of Medicine, where he was class president during each of his four years there. Dr. Jackson considers his greatest accomplishment "the joy of many wonderful relationships that I've made over the years," and he will most miss his fellow employees and colleagues at UH.

This is Jackson's second retirement in four years. In 2005, he retired from his day-to-day duties as an internalmedicine physician at UH Suburban Health Center. Throughout his career, Jackson has held local and national leadership roles in a variety of medical associations. In the 1990s, he led efforts to diversify the hospital staff and to eliminate health care disparities. "I always tried to work on the end of helping institutions look more like the community," he said. "That's been my life's passion"

Dr. Jackson formerly held the position of chief of staff and senior vice president for clinical affairs at University Hospitals of Cleveland from 1997 to 2000. He was co-chief of staff from 1994 to 1997 and served as associate chief of staff from 1991-1994. Jackson, 74, at age 8 was inspired by an African American family doctor framed Dr. Flowers. Dr. Flowers was the only African-American physician in his tiny hometown of Rison, Arkansas.

Jackson moved to Cleveland in his early teens, graduated from Central High School and received his Bachelor of Arts degree from Case Western Reserve University. When he applied to CWRU's School of Medicine in the early 1960s, the school's venerable dean, Dr. John Caughey Jr., first rejected his application. Jackson is the first African American to have an endowed chair at University Hospitals Case Medical Center, and the first African American to become a professor at the Case Western Reserve University School of Medicine.

While serving on the medical staff of UH, in 1984, Dr. Jackson was the Health Director for the City of Shaker Heights. In the early 1970s, he served as Chairman of the Sickle Cell Medical Advisory Committee of the Cleveland Academy of Medicine, the Cleveland Medical Association and the American Sickle Cell Anemia Association, Inc. Dr. Jackson also served as Assistant to the Dean of CWRU School of Medicine in 1970 and was its first Assistant Dean of Minority Affairs, In his first leadership role, Dr. Jackson served as chief of medicine residents at MetroHealth Medical Center from 1969 to 1970.

Although he's retiring, Jackson won't be slowing down in retirement Jackson has formed his own firm to coach executives and physicians and consult on organizational cultural intelligence. He plans to teach them how to thrive in an environment like this.

"The turnover of young doctors is a significant issue for all major academic centers and large hospitals, and I thitik some of it is unnecessary if we had more coaching and mentoring of young doctors. I have gained a lot of insigms about how you introduce and promote diversity and respect the cultural differences in large institutions," said Jackson.

Back to previous page



document 1 of 1

# DiversityInc. names University Hospitals one of top hospital systems in the nation

Anonymous. **Call & Post, All-Ohio edition; Cleveland, Ohio** [Cleveland, Ohio]16 June 2010: A.1.

## Abstract

DiversityInc specifically highlighted UH's work/life benefits including adoption assistance, paternity leave, lactation programs and onsite religious accommodations.

## Full Text

CLEVELAND DiversityInc., a leading publication on diversity and business, has recognized University Hospitals as a leader among health care institutions in its first ever Top Hospital Systems listing.

Each year since 2001, DiversityInc has ranked the Top 50 Companies for Diversity based on results from an extensive questionnaire. This is the first year that hospital systems have been ranked separately.

UH was selected for this honor based on its excellent ratings in four categories: CEO commitment, workforce, corporate and organizational communications and supplier diversity. DiversityInc specifically highlighted UH's work/life benefits including adoption assistance, paternity leave, lactation programs and onsite religious accommodations.

"We strongly believe that the diversity of our workplace should mirror the diversity in the communities we serve," said Thomas F. Zenty III, UH's chief executive officer. "And, we recognize that diversity throughout our system is essential in order to achieve our most critical goal: Providing the highest quality of care for our patients."

Among the other health care institutions ranked by DiversityInc are Henry Ford Health System in Detroit, Brigham & Women's Hospital and Massachusetts General Hospital, both in Boston.

DiversityInc was founded in 1998 and Diversityinc.com has the largest dedicated career center for diverse professionals while a core part of its business is benchmarking companies against its DiversityInc Top 50 Companies for Diversity data.

Copyright Call and Post Jun 16-Jun 22, 2010

(B-2)

## Details

| | |
|---|---|
| Subject | Hospitals;<br>Chief executive officers;<br>Awards & honors;<br>Workplace diversity;<br>Hospital systems |
| Location | Cleveland Ohio |
| Company / organization | Name: DiversityInc<br>NAICS: 511120, 519190;<br><br>Name: University Hospitals Health System Inc-Cleveland OH<br>NAICS: 622110 |
| Ethnicity | African American, Caribbean, African |
| Title | DiversityInc. names University Hospitals one of top hospital systems in the nation |
| Author | Anonymous |
| Publication title | Call & Post, All-Ohio edition; Cleveland, Ohio |
| Volume | 94 |
| Issue | 24 |
| Pages | A.1 |
| Number of pages | 1 |
| Publication year | 2010 |
| Publication date | Jun 16-Jun 22, 2010 |
| Publisher | Call and Post |

Back to previous page



document 1 of 1

# University Hospitals appoints vice president of Diversity and Inclusion

Anonymous. **Call & Post, All-Ohio edition; Cleveland, Ohio** [Cleveland, Ohio]26 Jan 2011: C.2.

## Abstract

Previous employers include Central Connecticut State University, Connecticut Department of Higher Education, and General Motors Corp. He holds a bachelor of arts in education from Central State University in Wilberforce, Ohio, and a master of science in management from Rensselaer at Hartford (Conn.), a branch of Rensselaer Polytechnic Institute.

## Full Text

CLEVELAND - University Hospitals has appointed Donnie J. Perkins as its vice president of Diversity and Inclusion, effective Feb. 8, 2011. Perkins will report to Thomas F. Zenty III, CEO of University Hospitals (UH).

"In this important role, Mr. Perkins will design innovative diversity and inclusion programs to pave the way for UH to serve as a model environment for the broader health care community," said Zenty. "He will lead initiatives for the benefit of our employees and the communities we serve, and build upon a solid foundation of successes led by Dr. Ed Jackson, who recently retired as my senior advisor."

Perkins joins UH from Northeastern University in Boston where he was dean and director of the Office of Institutional Diversity and Equity. In this role, he was responsible for advancing a proactive agenda for diversity and inclusion within the university and community.

He has been with Northeastern since 1998 when he followed Dr. Ellen Jackson, noted Civil Rights Activist, educator and community leader who had been Director of Affirmative Action there. Previous employers include Central Connecticut State University, Connecticut Department of Higher Education, and General Motors Corp.

He holds a bachelor of arts in education from Central State University in Wilberforce, Ohio, and a master of science in management from Rensselaer at Hartford (Conn.), a branch of Rensselaer Polytechnic Institute. He also is pursuing an executive doctorate in the law and policy program from Northeastern University.

Perkins was born in Bethel, N.C. and raised in Danbury, Conn. He is married to Joan E. Brown Perkins and they have two adult children and three grandchildren.

(B-3)

Copyright Call and Post Jan 26-Feb 1, 2011

## Details

| | |
|---|---|
| Subject | Executives; Multiculturalism & pluralism; Appointments & personnel changes; Workplace diversity |
| Location | Cleveland Ohio |
| People | Perkins, Donnie J |
| Company / organization | Name: University Hospitals Health System Inc-Cleveland OH  NAICS: 622110 |
| Ethnicity | African American, Caribbean, African |
| Title | University Hospitals appoints vice president of Diversity and Inclusion |
| Author | Anonymous |
| Publication title | Call & Post, All-Ohio edition; Cleveland, Ohio |
| Volume | 95 |
| Issue | 4 |
| Pages | C.2 |
| Number of pages | 1 |
| Publication year | 2011 |
| Publication date | Jan 26-Feb 1, 2011 |
| Section | HEALTH |

### Harmon, Heather (HR)

**From:** Perkins, Donnie
**Sent:** Thursday, May 12, 2011 7:03 PM
**To:** Harmon, Heather (HR)
**Subject:** RE: Follow-up

Heather,

Since we do not have half numbers the 2 rating is good along with the 2% increase. I will send Frank's signed evaluation to you tomorrow by mail. My email to you will be attached to Frank's evaluation and I did not make any comments on his evaluation form. If you have questions email or call me at 216-213-8982; I will be traveling tomorrow thru Thursday, May 19th.

Thanks,
Donnie Perkins
Vice President for Diversity and Inclusion
University Hospitals
11100 Euclid Avenue
Cleveland, Ohio 44106
Phone 216-844-5937
   Fax 216-844-3982
Email Donnie.Perkins@UHhospitals.org

---

**From:** Harmon, Heather (HR)
**Sent:** Wednesday, May 11, 2011 10:46 PM
**To:** Perkins, Donnie
**Subject:** RE: Follow-up

Hi Donnie-
Thanks for this information. Sounds like a good conversation, with lots of opportunity for Frank to contribute going forward. Can you please forward me the signed eval as well so I can put into Frank's file? You will have to select a rating of 2 or 3 as we don't have half numbers. Based on your comments below, it sounds like a valued performance at a 2 rating. The budget for PFP this year is 2% so we'll be processing that amount for Frank. We'll get a letter to you sometime next week that you can deliver to him with this information.

Let me know what questions you have & please continue to keep me posted on how things are going. Happy to help as you get into your strategic planning.
Thx!
H.

---

**From:** Perkins, Donnie
**Sent:** Tuesday, May 10, 2011 1:43 PM
**To:** Harmon, Heather (HR)
**Subject:** Follow-up

**Confidential**

Good morning Heather,

Frank and I met on Friday to review his annual performance. I explained that I was completing the process based on information provided by Dr. Ed Jackson and Steve Standley. I also discussed my

5/17/2011

UH-MILLER 1019